PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rashan Wynn

**Docket Numbers:** 04-00333-001
07-00296-001
**PACTS Number:** 39554

**Name of Sentencing Judicial Officer:** HONORABLE FAITH S. HOCHBERG
**Name of Additional Sentencing Judicial Official:** HONORABLE JOSE L. LINARES

**Date of Original Sentence (04-333):** 05/05/2005
**Date of Additional Conviction (07-296):** 10/24/07

**Original Offense:** Possession of a Firearm by a Convicted Felon
**Second Offense:** Escape from an Institution or Facility

**Original Sentence (04-333):** 34 months imprisonment; 3 years supervised release. Drug treatment/Urinalysis.
**Additional Conviction Sentence (07-296):** 15 months imprisonment; 36 months supervised release. Drug treatment/Urinalysis; DNA testing.

**Type of Supervision:** supervised release        **Date Supervision Commenced:** 03/31/08

**Assistant U.S. Attorney:** Eric Moran, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender was arrested on January 29, 2010, after conspiring with a co-defendant to distribute approximately 1,000 glassines of heroin to an undercover officer within the city of East Orange, New Jersey. He was charged with the following: Distribution of CDS, Possession of CDS with the Intent to Distribute, Possession of CDS, Distribution within 500 Feet of a Park, and Conspiracy. |

PROB 12C - Page 2
Rashan Wynn

In speaking with this writer on February 8, 2010, in regards to the above charges, the offender admitted to conspiring with a co-defendant to distribute the glassines of heroin to an undercover officer in order to make money for himself.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
Senior U.S. Probation Officer
Date: 3/25/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/29/2010
Date